No. 874. ILLINOIS CENTRAL RAILROAD COMPANY, PETITIONER, v. ALLINE SKINNER, ADMINISTRATRIX, ETC. March 11, 1918. Petition for a writ of certiorari to the Court of Appeals of the State of Kentucky denied. *Mr. Robert V. Fletcher, Mr. Edmund F. Trabue, Mr. Blewett Lee* and *Mr. Charles K. Wheeler* for petitioner. *Mr. David A. Baer* for respondent.

———

No. 886. MICHIGAN CENTRAL RAILROAD COMPANY, PETITIONER, v. UNITED STATES. March 11, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. Walter Dohany* and *Mr. Frank E. Robson* for petitioner. *The Solicitor General* and *Mr. Assistant to the Attorney General Todd* for the United States.

———

· No. 896. GUARANTY TRUST COMPANY OF NEW YORK, PETITIONER, v. KINGDOM OF ROUMANIA. March 11, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank M. Patterson* and *Mr. Jc V. Morgan* for petitioner. *Mr. Joseph M. Hartfield* for respondent.

———

No. 898. GRAYSONIA-NASHVILLE LUMBER COMPANY ET AL., PETITIONERS, v. ALVIN D. GOLDMAN, TRUSTEE. March 11, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. S. Priest, Mr. Morton Jourdan* and *Mr. T. E. Francis* for petitioners. *Mr. W. E. Hemingway, Mr. G. B. Rose, Mr. J. F. Loughborough* and *Mr. V. M. Miles* for respondent.